THE HILLS BROTHERS COMPANY, Respondent, *v.* HEINRICH
VOGEMANN et al., Appellants.

*Hills Brothers Co.* v. *Vogemann*, 110 App. Div. 888 , affirmed.
(Argued March 7, 1906; decided March 20, 1906.)

APPEAL from a judgment of the Appellate Division of the
Supreme Court in the first judicial department, entered Decem-
ber 22, 1905, affirming a judgment in favor of plaintiff entered
upon a verdict and an order denying a motion for a new trial.

*John Notman* and *Wilhelmus Mynderse* for appellants.

*C. N. Bovee* for respondent.

Judgment affirmed, with costs, on opinion in *Rosenstein*
v. *Vogemann* (184 N. Y. 325).

Concur: CULLEN, Ch. J., O'BRIEN, HAIGHT, VANN, WER-
NER and HISCOCK, JJ.   Not sitting: WILLARD BARTLETT, J.

---

ISIDOR WORMSER, JR., Appellant, *v.* METROPOLITAN STREET
RAILWAY COMPANY et al., Respondents.

(Submitted March 12, 1906; decided March 20, 1906.)

Motion for re-argument denied, with ten dollars costs.   (See
184 N. Y. 83.)

---

BRIDGET O'DONNELL, Respondent, *v.* THE CITY OF SYRACUSE,
Appellant.

(Submitted March 12, 1906; decided March 20, 1906.)

Motion for re-argument denied, with ten dollars costs.   (See
184 N. Y. 1.)